**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

PJC LOGISTICS, LLC,

          Plaintiff

    vs.                         Case No. 0:11-cv-02555-DWF-SER

AAA COOPER TRANSPORTATION, INC., et al,      (Transferred from the Middle District of Florida, Civil Action No. 3:11-cv-00301-UAMH-TEM)

          Defendants.

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1) an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant Landstar System, Inc. has not yet answered the Complaint.  Accordingly, PJC Logistics voluntarily dismisses Landstar System, Inc. without prejudice pursuant to Rule 41(a)(1).

Respectfully submitted September 26, 2011.

          */s/ Steven R. Daniels*
          Steven R. Daniels
          (*Admitted Pro Hac Vice*)
          Farney Daniels, LLP
          800 S. Austin Avenue, Suite 200
          Georgetown, TX  78626-5845
          Telephone:    512-582-2820
          Facsimile:     512-733-3623
          sdaniels@farneydaniels.com

AND

Brian R. Gilchrist, FL Bar #774065
bgilchrist@addmg.com
**ALLEN, DYER, DOPPELT**
  **MILBRATH & GILCHRIST, P.A.**
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL  32802-3791
Telephone:    (407) 841-2330
Facsimile:     (407) 841-2343

*Attorneys for Plaintiff,*
*PJC LOGISTICS, LLC*