**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | | |
|---|---|---|
| PJC LOGISTICS, LLC, | : | |
| Plaintiff | : : | |
| vs. | : : | Case No. 0:11-cv-02555-DWF-SER |
| ABF FREIGHT SYSTEMS, INC., et al, | : : | (Transferred from the Northern District of Texas / Dallas Division, Civil Action No. |
| Defendants. | : : : | 3:11-cv-00548-F) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**
**OF WESTERN FLYER EXPRESS, INC.**

Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Western Flyer Express, Inc. has not yet answered the Complaint.  Accordingly, PJC Logistics voluntarily dismisses Western Flyer Express, Inc. without prejudice pursuant to Rule 41(a)(1).

                                              Respectfully submitted,

                              By:       */s/ Steven R. Daniels*
                                          Steven R. Daniels
                                          Texas State Bar No. 24025318
                                          Farney Daniels LLP
                                          800 S. Austin Ave., Suite 200
                                          Georgetown, TX  78626
                                          Telephone: (512) 582-2820
                                          E-mail: sdaniels@farneydaniels.com

AND

R Mark Dietz
Tex. Bar No 5857200
Dietz & Jarrard, P.C
106 Fannin Avenue East
Round Rock, IX 78664
(512) 244-9314
rmdietz@lawdietz com

*Attorneys for Plaintiff PJC Logistics LLC*