**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>ABF FREIGHT SYSTEMS, INC., *et al.*,<br><br>                              Defendants. | **Case No. 0:11-cv-02555-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF MELTON TRUCK LINES, INC. WITH PREJUDICE** |

Plaintiff PJC Logistics, LLC hereby dismisses Defendant Melton Truck Lines, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 13, 2011.

                                                              */s/ Steven R. Daniels*
                                                              Steven R. Daniels
                                                              (Admitted *Pro Hac Vice)*
                                                              Farney Daniels LLP
                                                              800 S. Austin Avenue, Suite 200
                                                              Georgetown, TX  78626-5845
                                                              Telephone: 512-582-2820
                                                              Facsimile: 512-733-3623
                                                              sdaniels@farneydaniels.com

                                                              **Attorneys for Plaintiff**
                                                              **PJC Logistics, LLC**