**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>ABF FREIGHT SYSTEMS, INC., *et al.*,<br><br>     Defendants. | **Case No. 0:11-cv-02555-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF JS HELWIG & SON, LLC WITH PREJUDICE** |

  Plaintiff PJC Logistics, LLC hereby dismisses Defendant JS Helwig & Son, LLC with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 14, 2011.

                 */s/ Steven R. Daniels*
                 Steven R. Daniels
                 (Admitted *Pro Hac Vice)*
                 Farney Daniels LLP
                 800 S. Austin Avenue, Suite 200
                 Georgetown, TX  78626-5845
                 Telephone: 512-582-2820
                 Facsimile: 512-733-3623
                 sdaniels@farneydaniels.com

                 **Attorneys for Plaintiff**
                 **PJC Logistics, LLC**