**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>ABF FREIGHT SYSTEMS, INC., *et al.*,<br><br>       Defendants. | **Case No. 0:11-cv-02555-DWF-SER**<br><br>**NOTICE OF DISMISSAL OF PAN AMERICAN EXPRESS, INC. WITH PREJUDICE** |

  Plaintiff PJC Logistics, LLC hereby dismisses Defendant Pan American Express, Inc. with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 14, 2011.

                */s/ Steven R. Daniels*
                Steven R. Daniels
                (Admitted *Pro Hac Vice)*
                Farney Daniels LLP
                800 S. Austin Avenue, Suite 200
                Georgetown, TX  78626-5845
                Telephone: 512-582-2820
                Facsimile: 512-733-3623
                sdaniels@farneydaniels.com

                **Attorneys for Plaintiff**
                **PJC Logistics, LLC**