**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

IN RE:  VEHICLE TRACKING AND
SECURITY SYSTEM ('844) PATENT
LITIGATION

MDL NO. 11-2249

---

PJC LOGISTICS, LLC,

Plaintiff,

v.

ABF FREIGHT SYSTEMS, INC., *et al.*,

Defendants.

**Case No. 0:11-cv-02555-DWF-SER**

**NOTICE OF DISMISSAL OF
TEXAS STAR EXPRESS CORP.
WITHOUT PREJUDICE**

Plaintiff PJC Logistics, LLC hereby dismisses Defendant Texas Star Express Corp. without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, said defendant having neither served an answer nor a motion for summary judgment.

Respectfully submitted October 16, 2011.

*/s/ Steven R. Daniels*
Steven R. Daniels
(Admitted *Pro Hac Vice)*
Farney Daniels LLP
800 S. Austin Avenue, Suite 200
Georgetown, TX  78626-5845
Telephone: 512-582-2820
Facsimile: 512-733-3623
sdaniels@farneydaniels.com

**Attorneys for Plaintiff
PJC Logistics, LLC**

1