# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION

MDL NO. 11-2249

---

PJC LOGISTICS, LLC,

           Plaintiff,

v.

ABF FREIGHT SYSTEMS, INC., *et al.*,

           Defendants.

**Case No. 0:11-cv-02555-DWF-SER**

**NOTICE OF DISMISSAL OF JAMES HELWIG & SON LP WITHOUT PREJUDICE**

    Plaintiff PJC Logistics, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant James Helwig & Son LP has not yet answered the Complaint.  Accordingly, PJC Logistics, LLC voluntarily dismisses James Helwig & Son LP without prejudice pursuant to Rule 41(a)(1).

Respectfully submitted October 21, 2011.

           */s/ Steven R. Daniels*
           Steven R. Daniels
           (Admitted *Pro Hac Vice)*
           Farney Daniels LLP
           800 S. Austin Avenue, Suite 200
           Georgetown, TX  78626-5845
           Telephone: 512-582-2820
           Facsimile: 512-733-3623
           sdaniels@farneydaniels.com

           **Attorneys for Plaintiff**
           **PJC Logistics, LLC**