### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL Docket 0:11-md-02249 |
| PJC LOGISTICS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ABF FREIGHT SYSTEMS, INC., et al.<br><br>Defendants. | Case No.: 0:11-cv-02555-DWF-SER |

### DEFENDANT ALAN RITCHEY, INC.'S
### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Under Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Alan Ritchey, Inc. ("Alan Ritchey") certify that no parent corporation exists and that no publicly held corporation owns 10% or more of Alan Ritchey's stock.

Dated:  October 24, 2011

/s/ Eugene LeDonne

Eugene LeDonne (eledonne@flhlaw.com)
N.Y. State Attorney Registration No. 2923258
Sam V. Desai (sdesai@flhlaw.com)
N.Y. State Attorney RegistrationNo.4401212
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, NY 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500

00985416.DOC

*Attorneys for Defendant*
*Alan Ritchey, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that counsel of record have been served with a copy of "DEFENDANT ALAN

RITCHEY INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT" via the Court's

CM/ECF system according to D. Minn. LR 5.4 on this 24th day of October, 2011.


<u>/s/ Eugene LeDonne</u>

00985416.DOC