**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 11-cv-2555 (DWF/SER) |
| | ) |
| ABF FREIGHT SYSTEMS, INC., *et al*. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appear in this matter as counsel for Defendant Stevens Transport, Inc.


Dated:  November 11, 2011            s/ Michael J. Burg
                                     Robert A. Koons
                                     Michael J. Burg, Jr.
                                     DRINKER BIDDLE & REATH LLP
                                     One Logan Square
                                     Suite 2000
                                     Philadelphia, NY 19103
                                     (215) 988-2700

                                     **Attorneys for Defendant
                                     Stevens Transport, Inc.**