# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

PJC LOGISTICS, LLC,

        Plaintiffs(s)

v.

ABF FREIGHT SYSTEMS INC.

        Defendants(s)

**NOTICE OF APPEARANCE**

Case No: 0:11-cv-2555-DWF-SER

The undersigned attorney hereby notifies the Court and counsel that Erin A. Lawrence shall appear as counsel of record for Defendant **Alan Ritchey Inc.**, in this case.

Dated: 12/12/2011

[Signature block of Attorney]
Erin A. Lawrence
Frommer Lawrence & Haug LLP
745 Fifth Avenue
New York, NY 10151
(212) 588-0500
elawrence@flhlaw.com