UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to:<br><br>PJC Logistics, LLC,<br><br>     Plaintiff,<br><br>v.  Civil No. 11-2555 (DWF/SER)<br><br>ABF Freight Systems, Inc., Alan Ritchey Inc., Lone Star Transportation LLC, Royal Freight LP, Stan Koch & Sons Trucking Inc., Stevens Transport Inc., Dedicated Logistics LLC,<br><br>     Defendants. | ORDER DISMISSING STEVENS TRANSPORT, INC. WITH PREJUDICE |

---

R. Mark Dietz, Esq., Dietz & Jarrard, PC; Steven R. Daniels, Esq., Farney Daniels LLP, Alan M. Anderson, Esq., counsel for Plaintiff.

James Robert Arnett, II, Esq., John S. Torkelson, Esq., Michael A. McCabe, Esq., Munck Carter, PC; Joy Reopelle Anderson, Esq., Kathryn J. Bergstrom, Esq., Gray, Plant, Mooty, Mooty & Bennett, PA, counsel for Defendant ABF Freight Systems Inc.

Erin A. Lawrence, Esq., Sam V. Desai, Esq., Eugene LeDonne, Esq., Frommer, Lawrence & Haug LLP, counsel for Alan Ritchey Inc.

Michael E. Florey, Esq., Fish & Richardson PC, counsel for Defendant Lone Star Transportation Management Systems, Inc.

Douglas J. Williams, Esq., Aaron A. Myers, Esq., Felicia J. Boyd, Esq., Niall A. MacLeod, Esq., Barnes & Thornburg; Stephen R. Buckingham, Esq., Lowenstein Sandler PC, counsel for Defendants Royal Freight LP and Stan Koch & Sons Trucking Inc.

Douglas J. Williams, Esq., Aaron A. Myers, Esq., Felicia J. Boyd, Esq., Niall A. MacLeod, Esq., Barnes & Thornburg; Michael J. Burg, Jr., Esq., Robert A. Koons, Esq., Drinker, Biddle & Reath LLP, counsel for Stevens Transport Inc.

---

Based upon the Notice of Dismissal of Stevens Transport, Inc., filed by the Parties on December 27, 2011, (Doc. No.[59]),

**IT IS ORDERED** that defendant Stevens Transport, Inc., is hereby dismissed, with prejudice and on the merits, without costs or disbursements to any party.

Dated:  December 29, 2011             s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      United States District Judge