**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC, <br><br> Plaintiff, <br><br> v. <br><br><br><br><br> ABF FREIGHT SYSTEMS, INC., *et al.*, <br><br> Defendants. | Case No. 0:11-cv-02555-DWF-SER <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE OF** <br> **STAN KOCH & SONS TRUCKING, INC.** <br> **AND** <br> **ROYAL FREIGHT, L.P.** |

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs.

January 9, 2012                                                                 Respectfully submitted,

*/s/ Douglas J. Williams*
Douglas J. Williams (#117353)
225 South Sixth Street, Suite 2800
Minneapolis, MN 55402-4661
Telephone: (612) 333-2111
Facsimile: (612) 333-6798
doug.williams@btlaw.com

*Attorneys for Defendants*
*Stan Koch & Sons Trucking, Inc.*
*And Royal Freight, L.P.*

*/s/ Steven R. Daniels*
Steven R. Daniels
(*Admitted Pro Hac Vice*)
Texas State Bar No. 24025318
Farney Daniels LLP
800 S. Austin Ave., Suite 200
Georgetown, TX  78626
Telephone: (512) 582-2828
Facsimile: (512) 582-2829
E-mail: sdaniels@farneydaniels.com

*Attorneys for Plaintiff*
*PJC Logistics, LLC*