## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>ABF FREIGHT SYSTEMS, INC., et al.,<br><br>            Defendants. | Civil Action No. 0:11-CV-2555-DWF-SER |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(a), J. Robert Arnett II hereby withdraws as counsel for Defendant ABF Freight Systems, Inc. ("ABF").  ABF will continue to be represented by John Torkelson, Michael McCabe, and Katie Bergstrom.

Respectfully submitted, this 20th day of January, 2012.

/s/ J. Robert Arnett II_____
J. Robert Arnett II
Email:  Barnett@carterstafford.com
Texas State Bar No. 01332900
8150 N. Central Expressway, Suite 900
Dallas, Texas  75206
(214) 550-8188
(214) 550-8185  fax

WITHDRAWING COUNSEL FOR DEFENDANT
ABF FREIGHT SYSTEMS, INC.