# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL NO. 11-2249 |

| | |
|---|---|
| PJC LOGISTICS, LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>ABF FREIGHT SYSTEMS, INC., *et al.*,<br><br>                              Defendants. | Case No. 0:11-cv-02555-DWF-SER<br><br>**STIPULATION OF DISMISSAL OF ABF FREIGHT SYSTEMS, INC. WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims in the above-captioned action are hereby dismissed without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs.

February 28, 2012

/s/  Michael A. McCabe
Michael A. McCabe
Texas State Bar No. 24007628
mmccabe@munckwilson.com
Michael C. Wilson
mwilson@munckwilson.com
Texas State Bar No. 21704590
Munck Wilson Mandala, LLP
600 Banner Place Tower
12770 Coit Road
Dallas, Texas 75251
Telephone: 972-628-3600
Facsimile: 972-628-3616

**Attorneys for Defendant
ABF Freight Systems, Inc.**

/s/ Steven R. Daniels
Steven R. Daniels
(*Admitted Pro Hac Vice*)
Texas State Bar No. 24025318
Farney Daniels LLP
800 S. Austin Ave., Suite 200
Georgetown, TX  78626
Telephone: (512) 582-2828
Facsimile: (512) 582-2829
E-mail: sdaniels@farneydaniels.com

**Attorneys for Plaintiff
PJC Logistics, LLC**