## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:  VEHICLE TRACKING AND SECURITY SYSTEM ('844) PATENT LITIGATION | MDL No. 11-2249 (DWF/SER) |
| This Document Relates to:<br><br>PJC Logistics, LLC,<br><br>             Plaintiff,<br><br>v.       Civil No. 11-2555 (DWF/SER)<br><br>ABF Freight Systems Inc.; Alan Ritchey Inc.; Lone Star Transportation LLC;  and Dedicated Logistics LLC,<br><br>             Defendants. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ABF FREIGHT SYSTEMS INC. ONLY** |

Pursuant to the parties' Stipulation of Dismissal of ABF Freight Systems, Inc. Without Prejudice (Civil No. 11-2555 (DWF/SER), Doc. No. [65]),

**IT IS HEREBY ORDERED** that all claims and counterclaims in the above-captioned action are hereby **DISMISSED WITHOUT PREJUDICE AS TO DEFENDANT ABF FREIGHT SYSTEMS INC. ONLY** by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its own costs.

Dated:  March 8, 2012                      s/Donovan W. Frank<br>
                                                    DONOVAN W. FRANK<br>
                                                    United States District Judge